THE BANK OF UNITED STATES, by JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Respondent, *v.* NEW YORK CORRUGATED CASE CO., INC., et al., Appellants, Impleaded with Others.

(Argued April 25, 1934; decided May 22, 1934.)

*Jay Leo Rothschild, Louis Rivkin, Walter S. Beck* and *Irving N. Klein* for appellants.

*Arthur Ofner, Warren C. Fielding, Richard F. Weeks* and *Carl J. Austrian* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.